UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim No. 12-~~2053~~ 545 |
| v. | : | |
| STANLEY COLLADO | : | CONSENT ORDER |

THIS MATTER having been opened to the Court on the motion of Stanley Collado ("defendant") (by David R. Oakley, Esq., counsel for defendant) for an order amending the conditions of defendant's pre-trial release; and the Court having considered the motion, and the United States (Matthew T. Smith, A.U.S.A., appearing on behalf of the United States) having consented to defendant's request;

IT IS ORDERED AND ADJUDGED, therefore, on this 29th day of August 2012, that the terms of pre-trial release are amended as follows:

(1) condition 8(s)(ii) of home detention is removed; and

(2) condition 8(s)(i) of a curfew, restricting defendant to his residence from 8 p.m. to 6 a.m. every day, unless otherwise approved in advance by Pretrial Services, is added.

All other conditions remain in effect as ordered by Hon. Joel Schneider on May 17, 2012.

HON. JEROME B. SIMANDLE, U.S.D.J.